UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:11-cr-429-MMD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| KEVIN CHAPMAN, ) | Motion to Withdraw Motion to |
| ) | Modify Conditions of Release (#60) |
| Defendant. ) | |

This matter comes before the Court on Defendant's Motion to Withdraw Motion to Modify Conditions of Release (#60), filed on September 17, 2012.  Defendant requests the Court allow him to withdraw his Motion to Modify Conditions of Release (#56) because he no longer wishes to modify the conditions of his release.  Based on Defendant's representations, the Court will grant Defendant's motion and vacate the scheduled hearing.  Accordingly,

**IT IS HEREBY ORDERED** that  Defendant's Motion to Withdraw Motion to Modify Conditions of Release (#60) is **granted**.

**IT IS FURTHER ORDERED** that the motion hearing scheduled for Tuesday, September 18, 2012 at 2:30 p.m. is **vacated**.

DATED this 17th day of September, 2012.

GEORGE FOLEY, JR.
United States Magistrate Judge