```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )
                Plaintiff,   )   Case No. 2:11-cr-429-APG-GWF
                             )
     vs.                     )
                             )         ORDER TEMPORARILY
KEVIN CHAPMAN,               )         UNSEALING NOTES
                Defendant.   )
_____)
```

On 3-11-2015, Heather K. Newman, Court Reporter, received a Transcript Order form requesting transcripts of the **sealed** Hearings, held on 6-11-2013 and 2-19-2014, from William H. Gamage.

**IT IS THE ORDER OF THE COURT** that the sealed transcripts shall be unsealed for the limited purpose of providing a copy of the transcripts as requested by William H. Gamage.

**IT IS FURTHER ORDERED** that the sealed transcripts shall thereafter be resealed, and a certified copy of the transcripts be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcripts of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this ___ day of _____, 2013.

_____
ANDREW P. GORDON
United States District Judge